■ HELEN R. GRIFFIN et al., Respondents, v. WILLIAM M. GANNON et al., Appellants.— Motion to modify decision of this court, rendered November 26, 1962, granted to the extent of amending its second paragraph to read as follows (17 A D 2d 985) : "Order reversed on the law and motion denied, on condition that, within thirty days after entry of the order hereon, the defendants shall file and serve a written stipulation consenting: (a) to increase the verdict to $2,000, to be apportioned as follows: $1,500 for the female plaintiff, and $500 for the male plaintiff; and (b) to the entry of judgment accordingly in favor of the plaintiffs against the defendants, with costs of the appeal to plaintiffs. In the event that defendants fail to file and serve such stipulation, the order is affirmed, with costs to plaintiffs." Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ THOMAS TRIPPE et al., Respondents, v. PORT OF NEW YORK AUTHORITY, Appellant, et al., Defendants.— Motion by appellant for permission to appeal to the Court of Appeals granted. Pursuant to statute (Civ. Prac. Act, § 589, subd. 4), we certify that questions of law have arisen which in our opinion ought to be reviewed by the Court of Appeals. The following question is certified: Was the order of this court, dated December 24, 1962, properly made? We further certify that such order was made solely on the law and not in the exercise of discretion. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.